# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES,**
    **Plaintiff,**

v.                                    Case No. 6:17-cr-282-ORL-37GJK

**THEODORE VAZQUEZ,**
    **Defendant.**
_____/

## NOTICE OF APPEARANCE OF CO-COUNSEL

Steven J. Parton, files this Notice of Appearance of Co-Counsel of the undersigned counsel for Theodore Vazquez, in the above-captioned case.

DATED this 5th day of January, 2018.

                                                /s/  Steven J. Parton
                                                STEVEN J. PARTON, ESQUIRE
                                                Mandell Law, P.A.
                                                Florida Bar Number: 91921
                                                P.O. Box 2229
                                                Winter Park, FL 32789
                                                Tele:  (407) 956-1180
                                                Fax:   (407) 386-9550

## CERTIFICATE OF SERVICE

On January 5, 2018, using CM/ECF, I electronically filed the foregoing with the clerk of the court, which will send notice to: US Attorney's Office, 400 W. Washington St., Ste. 3100, Orlando, FL 32801.

          /s/  Steven J. Parton
STEVEN J. PARTON, ESQUIRE
Mandell Law, P.A.
Florida Bar Number: 91921
P.O. Box 2229
Winter Park, FL 32789
Tele:  (407) 956-1180
Fax:   (407) 386-9550