# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No: 6:17-cr-282-Orl-37GJK

**THEODORE VAZQUEZ**

AUSA: Embry Kidd

Defense Attorney: Robert Mandell, Retained Counsel

| JUDGE: | KARLA R. SPAULDING United States Magistrate Judge | DATE AND TIME: TOTAL TIME: | January 5, 2018 2:32-3:24 52 minutes |
|---|---|---|---|
| DEPUTY CLERK: | Edward Jackson | RECORDING: | Digital |
| INTERPRETER: | None | PRETRIAL/PROB: | Sara Romig |

## CLERK'S MINUTES
## INITIAL APPEARANCE ON VIOLATION OF PRETRIAL RELEASE

Case called; appearances taken; procedural setting by the Court.
Court summarized the violations in the Petition.
Defendant requested an evidentiary hearing regarding the violations.
Government witness(es) sworn and testified: Sara Romig, Andres Knasis
Counsel for Defendant cross examined the witness(es).
Court found that the Defendant did not violated his conditions of release by submitting fraudulent proof of employment.
Counsel presented argument as to whether the defendant failed to reside at his approved residence.
Court found the defendant violated the conditions that he failed to reside at his approved residence.
Counsel presented argument.
Court restored the Defendant on conditions of release with additional conditions of release.
Order modifying conditions of release to be entered.