## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.  CASE NO: 6:17-cr-282-Orl-37GJK

**THEODORE VAZQUEZ**

---

### ORDER MODIFYING CONDITIONS OF RELEASE

The Conditions of Release for Defendant Theodore Vazquez are modified as follows:

- **Home Detention:** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the Pretrial Services Office.

- Reside at 8259 Charlin Parkway., Orlando, FL 32822 and do not change without prior approval of Pretrial Services.

No other conditions of release are modified by this order.

**DONE** and **ORDERED** in Orlando, Florida on January 5, 2018.

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Pretrial Services Office
Counsel for Defendant