UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:17-cr-282-Orl-37GJK

THEODORE VAZQUEZ

_____

### ORDER

Before the Court is Defendant's *pro se* motion for compassionate release based on the COVID-19 pandemic. (Doc. 56 ("**Motion**").) He attached exhibits to the Motion which include his full date of birth. (Docs. 56-1, 56-4, 56-6, (collectively, "**PII Exhibits**").) But parties may not include personal identifying information, like their full dates of birth, in public filings—only the birth year may be publicly filed without a Court order. *See* Fed. R. Civ. P. 5.2(a); U.S. District Court Middle District of Florida, *Administrative Procedures for Electronic Filings*, p. 10 [hereinafter "Administrative Procedures"] [1]. So the Court will direct the Clerk to temporarily place the PII Exhibits under seal and Defendant to file a redacted version of the PII Exhibits. *See* Administrative Procedures at 11. The Court will also require a response to the Motion.

It is **ORDERED AND ADJUDGED:**

1. The Clerk is **DIRECTED TO SEAL** Defendant's PII Exhibits (Docs. 56-1, 56-4, 56-6).

---

[1] Available at https://www.flmd.uscourts.gov/administrative-procedures-electronic-filing.

2. By Monday, **October 19, 2020** Defendant Theodore Vazquez is **DIRECTED** to file a redacted version of his PII Exhibits (Docs. 56-1, 56-4, 56-6) that removes all personal identifying information consistent with this Order. Upon receipt of the redacted version, the Clerk is **DIRECTED** to strike Docs. 56-1, 56-4, 56-6 and remove them from the public docket.

3. By Monday, **October 12, 2020** the Government is **DIRECTED** to respond to the Motion (Doc. 56).

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 28, 2020.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record
Defendant Theodore Vazquez