FILED

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2020 NOV 20 PM 1: 49

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

THEODORE VAZQUEZ

Petitioner,

VS.                                       Case No. 6-17-cr-282-ORL-37GJK

UNITED STATES OF AMERICA

Respondent.

### NOTICE OF APPEAL

**PLEASE TAKE NOTICE**, that Theodore Vazquez hereby plans to appeal this Court's decision of November 13, 2020 (Dkt#61), denying relief pursuant to 18 U.S.C. §3582 (c)(1)(A).

Respectfully Submitted,

*Theodore Vazquez*
Theodore Vazquez

Dated: November 18, 2020

## CERTIFICATE OF SERVICE

I, Theodore Vazquez, hereby certify that on this 19th day of November, 2020, I did place the enclosed Notice of Appeal in the prison mailing system addressed to the following parties:

> United States District Court Clerk
> 401 West Central Blvd.
> Orlando, FL  32801

> United States Attorney's Office
> 400 W. Washington Street, Suite 3100
> Orlando, FL 32801

Signed under the penalty of perjury this 19th day of November, 2020.

_____
Theodore Vazquez