UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:17-cr-282-Orl-37GJK

THEODORE VAZQUEZ

## ORDER

Defendant moved for leave to appeal *in forma pauperis.* (Doc. 64 ("**Motion**").) But, after U.S. Magistrate Judge Gregory J. Kelly recommended, on referral, the Motion be denied, Mr. Vazquez paid the filing fee to appeal. (*See* Docs. 65–66.)

Accordingly, it is **ORDERED AND ADJUDGED**:

1. Defendant Theodore Vazquez's Motion to Appeal In Forma Pauperis (Doc. 64) is **DENIED AS MOOT.**

2. The Clerk is **DIRECTED** to terminate the pending Report and Recommendation by U.S. Magistrate Judge Gregory J. Kelly (Doc. 65) as **MOOT.**

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 12, 2021.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record
Defendant Theodore Vazquez